**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

TIMOTHY WHITE,
    Petitioner,

vs.                                      Case No.:  3:07cv455/MCR/EMT

JAMES R. McDONOUGH,
    Respondent.
_____/

## O R D E R

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated November 7, 2007.  Petitioner has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a <u>de novo</u> determination of any timely filed objections.

    Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

    2. Petitioner's Notice of Voluntary Dismissal (Doc. 6) is **GRANTED** and this action dismissed without prejudice.

    **DONE AND ORDERED** this 7th day of December, 2007.


                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
                                            UNITED STATES DISTRICT JUDGE**